# United States Court of Appeals
## For the First Circuit

No. 22-1380

UNITED STATES,

Appellee,

v.

JAYNE CARBONE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 1, 2024, is amended as follows:

On page 26, n.12, line 4, insert a semi colon after "true" and before "he"

On page 28, line 11, replace "in" with "on"

On page 54, n.32, line 4, replace "Brown" with "Carbone"

On page 57, line 20, replace "Brown" with "Carbone"

On page 58, line 7, replace "2012 through 2014" with "2010 through 2012"